EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 106 |
|---|---|
| Azahary de las Nieves Wilamo Guzmán | 216 DPR ___ |

Número del Caso: TS-18,001

Fecha: 21 de octubre de 2025

Representante legal de la peticionaria:

   Lcda. Daisy Calcaño López

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re*: | |
| Azahary de las Nieves Wilamo Guzmán | TS-18,001 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de octubre de 2025.

Examinada la *Moción en Cumplimiento de Orden* presentada por la Sra. Azahary de las Nieves Wilamo Guzmán el 14 de octubre de 2025, se autoriza su reinstalación al ejercicio de la abogacía.

Se ordena la reactivación de la Queja AB-2022-0208 para que continúen los procedimientos correspondientes.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Martínez Torres hace constar que para salvaguardar el interés público en asegurar que quien ostenta una licencia para practicar la profesión cumpla con todos los requisitos para hacerlo, ordenaría la reactivación y dilucidación de la queja antes de la reinstalación de la abogada. La Jueza Presidenta Oronoz Rodríguez no intervino.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina